# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| ROGER LYNCH, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:18-cv-43 |
| v. | * |
| ANDREW SAUL, Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 16. The Court has additionally considered Plaintiff's Objections to the Report and Recommendation, dkt. no. 17. For the reasons set forth below, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

In his Objections, Plaintiff contends he does not agree with the Magistrate Judge's Report and Recommendation or the Social Security Administration's decision to deny his application for disability. Id. at p. 2. Plaintiff asserts he can say nothing about his condition that has not already been said or that is not supported by his medical records. Id.

Plaintiff's Objections, as well as his initial pleadings, show his dissatisfaction with the Administrative Law Judge's ("ALJ") determination that he is not disabled within the meaning of the Social Security Act. In addition, it appears Plaintiff wishes for this Court to re-weigh the evidence presented to the ALJ, which this Court cannot do. A reviewing court does not "decide facts anew, reweigh the evidence or substitute" its judgment for that of the Commissioner. Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005). Even if the evidence preponderates against the Commissioner's factual findings, the court must affirm a decision supported by substantial evidence. Id. As the Magistrate Judge correctly concluded, substantial evidence supports the ALJ's determination that Plaintiff is not disabled within the meaning of the Social Security Act. Dkt. No. 16, pp. 6-11.

The Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 24 day of September, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)